PAUL V. SIMPSON, BAR NO. 83878
H. ANN LIROFF, BAR NO. 113180
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendants
SD Flooring, Inc. and Steven deFigueiredo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CARIAS,<br><br>            Plaintiff,<br><br>     v.<br><br>SD FLOORING, INC.; STEVEN DEFIGUEIREDO; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 14- cv-04578 YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT SCHEDULING |

   WHEREAS this Court's Initial Scheduling Order sets December 22, 2014 as the last day for the parties to meet and confer regarding initial disclosures, early settlement, the ADR process selection and the discovery plan, the last day to file the ADR Certification signed by the Parties and Counsel, and the last day to file the Stipulation to the ADR Process pursuant to Rule 26;

   WHEREAS the parties have met and conferred in accordance with Rule 26, and have field the Stipulation to the ADR process, as well as the ADR Certification signed by Parties and Counsel;

   WHEREAS the parties agree to have Court-sponsored mediation either the last week of February or the first week of March;

WHEREAS the parties also agree to prepare and file their Joint Case Management Conference Statement on the scheduled date of January 5, 2015 and attend the Initial Case Management Conference on January 12, 2015;

WHEREAS no prior extensions have been requested in this case;

WHEREAS the remaining schedule in this case will not be affected by the requested changes to the dates set in the initial scheduling order, because no further deadlines have been scheduled yet;

The parties hereby stipulate as follows:

1. The parties jointly request the changes to the schedule set forth herein, subject to the Court's approval.

2. The last day for the parties to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report shall be continued to March 20, 2015.

Dated: December 19, 2014        SIMPSON, GARRITY, INNES & JACUZZI

By: /s/ H. Ann Liroff
    H. Ann Liroff
    Attorneys for SD Flooring, Inc. and
    Steven deFigueiredo

Dated: December 19, 2014        THE MASOOM LAW OFFICE

By: /s/ Elnaz Masoom
    Elnaz Masoom
    Attorneys for Edward Carias

[~~PROPOSED~~ ORDER]

For good cause appearing, IT IS SO ORDERED.

Dated: December 22, 2014

Hon. Yvonne Gonzales Rogers
United States District Court Judge

## DECLARATION OF H. ANN LIROFF

I, H. Ann Liroff, declare as follows:

1. I am a member of the State Bar of California and the bar of this Court. I am an associate attorney at the law firm of Simpson, Garrity, Innes & Jacuzzi, which represents the defendants SD Flooring, Inc. and Steven deFigueiredo (collectively "defendants") in this action. I am one of the attorneys in the firm that is handling this case for defendants.

2. On or about Friday, December 12, 2014, I met telephonically with plaintiff's counsel Elnaz Masoom regarding initial disclosures, early settlement, ADR process selection and a discovery plan in accordance with the Court's Initial Case Schedule.

3. In the conference, we agreed on the selection of mediation as ADR and a discovery plan. Ms. Masoom requested that the Court-sponsored mediation occur in the last week of February or first week of March, 2015.

4. In an effort to save the time and expense that will be incurred in preparing their respective Rule 26(f) Reports and initial disclosures, the parties are hereby jointly requesting by stipulation that the Court continue the date for the submission of said Rule 26(f) reports until March 20, 2015.

5. No previous extensions of time have been requested in this case.

6. No other dates would be affected by the continuances requested herein, because no other deadlines have been scheduled yet in this case.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct. Executed this 19th day of December, 2014 in South San Francisco, California.

/s/ H. Ann Liroff
H. Ann Liroff