1  ELNAZ MASOOM, SBN # 266106
   THE MASOOM LAW OFFICE
2  1625 The Alameda, Suite 400
   San Jose, CA 95126
3  Telephone: (408)599-3191
4  Fax: (408) 540-0208
   emasoom@masoomlaw.com
5
   Attorneys for Plaintiff
6  EDWARD CARIAS

7  PAUL V. SIMPSON, SBN # 83878
8  SIMPSON, GARRITY, INNES & JACUZZI
   Professional Corporation
9  601 Gateway Boulevard, Suite 950
   South San Francisco, CA 94080
10 Telephone: (650) 615-4860
   Fax: (650) 615-4861
11 psimpson@sgijlaw.com

12 Attorneys for Defendants
   SD FLOORING, INC. and STEVEN DEFIGUEIREDO

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15

16 EDWARD CARIAS,                          ) Case No. 14-cv-04578 YGR
                                           )
17                   Plaintiff,            )
                                           ) STIPULATION OF DISMISSAL
18            v.                           ) (Pursuant to FRCP Rule 41(a)(1))
                                           )
19 SD FLOORING, INC.; STEVEN DEFIGUEIREDO; )
20 and DOES 1 through 20, inclusive.,      )
                                           )         GRANTED
21                   Defendants.           )
                                           )
22                                         )
                                           )         3/10/15
23 _____ )    Judge Yvonne Gonzalez Rogers

24     IT IS HEREBY STIPULATED by and between the parties to this action through their

25 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

26

27

28

   {CLIENT FILES/32126/2/00325479.DOC}                                          - 1 -
   14-CV-04578          STIPULATION OF DISMISSAL PURSUANT TO FRCP RULE 41(A)(1)

1   pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

2

3   Date: March __4__, 2015                THE MASOOM LAW OFFICE

4
                                           By: _____
5                                          ELNAZ MASOOM, SBN #266106
                                           Attorneys for Plaintiff
6                                          EDWARD CARIAS

7   Date: March __4__, 2015                SIMPSON, GARRITY, INNES & JACUZZI
                                           Professional Corporation
8
                                           By: _____
9                                          PAUL V. SIMPSON, SBN #83878
                                           Attorneys for Defendants SD FLOORING, INC.
10                                         and STEVEN DEFIGUEIREDO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{CLIENT FILES/32126/2/00325479.DOC}                                            - 2 -
            14-CV-04578          STIPULATION OF DISMISSAL PURSUANT TO FRCP RULE 41(A)(1)